IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAURENZA EDWARDS,

    Petitioner

vs.                                        CASE NO.  4:04cv464-SPM/MD

JAMES CROSBY,

    Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated November 28, 2005 (doc. 29).  Petitioner has been furnished a copy of the report and recommendation and has filed objections (doc. 31). Having considered the report and recommendation and objections, pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

As the magistrate judge explained in the report and recommendation, federal habeas corpus relief is available to correct constitutional errors, but not errors in the application of state law.  Tejada v. Dugger, 941 F.2d 1551, 1560 (11th Cir. 1991).  Petitioner contends that Florida courts have erroneously interpreted Florida law to conclude that basic, or lump sum, gaintime is subject to forfeiture for disciplinary infractions (see Singletary v. Jones, 681 So. 2d 836

(Fla. 1st Dist. Ct. App. 1996)).  Petitioner has not cited to any retroactive application of law that would create an ex post facto issue nor demonstrated any other constitutional issue.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 29) is ADOPTED and incorporated by reference in this order.

2. Petitioner's amended petition for writ of habeas corpus (doc. 8) is denied.

3. Petitioner's motion for summary judgment (doc. 15) is denied.

4. The clerk shall close this case.

DONE AND ORDERED this 10th day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge