IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAURENZA EDWARDS,

    Petitioner

vs.                                   CASE NO. 4:04cv464-SPM/MD

JAMES CROSBY,

    Respondent.
_____/

## ORDER DENYING MOTION FOR REHEARING

THIS CAUSE comes before the Court for consideration of Petitioner Leaurenza Edwards' Motion for Rehearing (doc. 35). Petitioner's motion presents no grounds to alter the Court's previous ruling. Accordingly, it is

ORDERED AND ADJUDGED that the Motion for Rehearing (doc. 35) is denied.

DONE AND ORDERED this 31st day of January, 2006.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge